**Opinion issued November 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00059-CV

———————————

**KRISTAN SMITH, Appellant**

**V.**

**WOODLEN GLEN APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1056192**

---

## MEMORANDUM OPINION

Appellant, Kristan Smith, proceeding *pro se*, appealed from the trial court's agreed final judgment, signed on January 5, 2015. *See* TEX. R. APP. P. 26.1(a)(1). However, appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See id.* 5, 20.1; *see also* TEX. GOV'T

CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on February 4, 2015, and again on March 10, 2015, that this appeal was subject to dismissal, appellant did not timely respond. *See id.* 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Jennings, Keyes, and Bland.